General of Florida, and *T. T. Turnbull,* Assistant Attorney General, for respondent.

No. 842, Misc.   SIPULT *v.* CALIFORNIA.   Dist. Ct. App. Cal., 2d App. Dist.   Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.

No. 878, Misc.   MENDEZ *v.* UNITED STATES.   C. A. 9th Cir.   Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 936, Misc.   JACOBSON *v.* CALIFORNIA.   Sup. Ct. Cal.   Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Gordon Ringer,* Deputy Attorney General, for respondent.

No. 980, Misc.   BAKER *v.* FLORIDA.   Sup. Ct. Fla. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *Thomas E. Boyle,* Assistant Attorney General, for respondent.

No. 1153, Misc.   CHATTERTON *v.* GEORGIA.   Sup. Ct. Ga.   *David L. Lomenick* for petitioner.   *Arthur K. Bolton,* Attorney General of Georgia, *Alfred L. Evans, Jr.,* Assistant Attorney General, and *Earl B. Self,* Solicitor General, for respondent.

No. 1186, Misc.   LOMBARDI *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Petitioner *pro se. Alan F. Leibowitz* for respondent.

No. 1336, Misc.   CLEMONS *v.* TEXAS.   Ct. Crim. App. Tex.   *Lewis L. Scott* for petitioner.   *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First

Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, *Charles B. Swanner* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

No. 1328, Misc. FRENCH *v.* ILLINOIS. Sup. Ct. Ill.

No. 1369, Misc. GREGORY *v.* NEW YORK. Ct. App. N. Y. Petitioner *pro se. Benj. J. Jacobson* for respondent.

No. 1438, Misc. NOVAK *v.* ILLINOIS. Sup. Ct. Ill. *Sam Adams* for petitioner.

No. 1616, Misc. BROWN *v.* ARKANSAS. Sup. Ct. Ark. Petitioner *pro se. Bruce Bennett,* Attorney General of Arkansas, and *Jack L. Lessenberry* for respondent.

No. 53, Misc. HANSHAW *v.* ARIZONA ET AL. Sup. Ct. Ariz. Petitioner *pro se. Darrell F. Smith,* Attorney General of Arizona, *William E. Eubank,* Chief Assistant Attorney General, and *Gary K. Nelson,* Assistant Attorney General, for respondents.

No. 172, Misc. STILL *v.* CALIFORNIA. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien* and *Robert R. Granucci,* Deputy Attorneys General, for respondent.

No. 194, Misc. SCHLETTE *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Raymond M. Momboisse,* Deputy Attorney General, for respondents.

No. 201, Misc. LOPEZ *v.* CALIFORNIA; and

No. 226, Misc. IN RE WINHOVEN. Sup. Ct. Cal. Reported below: 62 Cal. 2d 368, 398 P. 2d 380.

No. 258, Misc. CHILDRESS *v.* BETO, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. *William E. Gray* for petitioner. *Waggoner Carr,* Attorney General of Texas,